UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Civ. File No. 00-2596 JRT/RLE

Plaintiffs,

vs.

**ORDER**

R.B.X., INC.,

Defendant.

The above-entitled matter came before the undersigned United States Magistrate Judge upon Plaintiffs' request for an extension of time to file for default judgment. Plaintiffs' counsel represented to the Court that the Defendant claimed it was going to be submitting payment for the amounts due. Plaintiffs requested an extension until February 21, 2001 to file their motion for default judgment.

NOW THEREFORE IT IS HEREBY ORDERED:

1. Plaintiffs shall have until February 21, 2001 to move for default judgment.

Dated: 2-15-01

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

FEB 16 2001
FILED FRANCIS E. DOSAL
JUDGMENT ENTD
DEPUTY CLERK

4