UNITED STATES DISTRICT COURT ORIGINAL

DISTRICT OF MINNESOTA

MINNESOTA LABORERS HEALTH AND WELFARE FUND; MINNESOTA LABORERS PENSION FUND; MINNESOTA LABORERS VACATION FUND; CONSTRUCTION LABORERS' EDUCATION AND TRAINING FUND OF MINNESOTA AND NORTH DAKOTA; MINNESOTA LABORERS EMPLOYERS COOPERATION AND EDUCATION TRUST,

Plaintiffs,

vs.

R.B.X., INC.,

Defendant.

Civ. File No. 00-2596 JRT/RLE

**NOTICE OF DISMISSAL**
**WITH PREJUDICE AND ORDER**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs hereby dismiss the above-captioned matter with prejudice.

Dated: March 20, 2001

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By [signature]
Pamela Hodges Nissen
Atty. Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

MAR 26 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

**IT IS HEREBY ORDERED**: pursuant to the Notice of Dismissal by the Plaintiffs, this matter is dismissed with prejudice.

Dated: 3/26, 2001

John R. Tunheim

The Honorable John R. Tunheim
Judge of District Court